1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CLEMENTE PEREZ LUNA,

      Petitioner,

      v.

UNITED STATES OF AMERICA,

      Respondent.
_____/

Nos. C 07-2736 PJH

**JUDGMENT**

     Pursuant to the order dismissing Luna's petition for relief under 28 U.S.C. § 2255 signed today, this action is DISMISSED.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 25, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge