UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CLEMENTE PEREZ-LUNA,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

Case Number: CV07-02736 PJH

**CERTIFICATE OF SERVICE**

CLEMENTE PEREZ-LUNA,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

Case Number: CV07-2887 PJH

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 26, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Clemente Perez Luna Reg. No. 85076-011
United States Penitentiary
P.O. Box 5500
Adelanto, CA 92301

Dated: June 26, 2007

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk