1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

8    CLEMENTE PEREZ LUNA,

9        Petitioner,                    No. C 07-2736 PJH/ 07-2887 PJH
                                         CR 90-0392 PJH
10

11        v.                            **ORDER DENYING PETITIONER'S
                                         REQUEST FOR STATUS HEARING**
12
    UNITED STATES OF AMERICA,
13
         Respondent.
14    _____/

15        Petitioner Clemente Perez Luna, a federal prisoner, proceeding pro se, filed two

16    motions, one on May 9, 2007, entitled a "motion to recall mandate," and the other on

17    May 21, 2007, entitled a "motion to amend federal rule civil procedure 15(a)(b) relation

18    back, or via writ of habeas corpus section 2255."  Because neither motion constituted

19    Luna's first § 2255 motion requiring the court to first inform Luna of any re-

20    characterization of the motions, the court appropriately re-characterized the two motions

21    as motions to vacate Luna's sentence under 28 U.S.C. § 2255, and corresponding civil

22    cases were opened by the Clerk.  Subsequently, on June 25, 2007, the court dismissed

23    the cases as impermissible second and successive habeas petitions.

24        Luna has now filed what appears to be a request for a status conference in case

25    no. C 07-2887 PJH (although he has provided the case number for his first § 2255

26    motion, C 01-2954 PJH).  Because that case has been dismissed, the request is

27    DENIED.  Pursuant to this court's June 25, 2007 order, Luna is again advised that

28    because the court has already adjudicated one § 2255 motion filed by Luna, C 01-2954

1  PJH, this court is without jurisdiction to consider his subsequent requests until he

2  obtains the requisite certification from the Ninth Circuit.  *See United States v. Allen*, 157

3  F.3d 661, 644 (9th Cir. 1998) (a district court has no jurisdiction to reach the merits of

4  any successive claim unless petitioner receives certification from the court of appeals).

5

6  **IT IS SO ORDERED.**

7

8  Dated: July 30, 2007

9

10  _____
    PHYLLIS J. HAMILTON
    United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28